IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEREK BROCK RICKMAN**                                                                 **PLAINTIFF**

V.                            Case No. 4:22-CV-00539-BRW

**SUSAN POTTS, Jail Administrator**                                           **DEFENDANT**
**Drew County Detention Facility**

## ORDER

The Court has received a Recommended Disposition (Doc. 33) from United States Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has expired. After reviewing the Recommended Disposition and the record, I approve and adopt the Recommended Disposition in its entirety.

Defendant's motion for summary judgment (Doc. 28) is GRANTED. Rickman's Complaint (Doc. 2) is DISMISSED, without prejudice, for failure to exhaust available administrative remedies.

IT IS SO ORDERED this 13th day of March, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE