IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEREK BROCK RICKMAN**                                                                 **PLAINTIFF**

V.                            Case No. 4:22-CV-00539-BRW

**SUSAN POTTS, Jail Administrator**                                                **DEFENDANT**
**Drew County Detention Facility**

## JUDGMENT

Consistent with today's order, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of March, 2024.


                                                            Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE